# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CLEARVIEW IMAGING, LLC D/B/A
CLEARVIEW OPEN MRI,

    Plaintiff,

v.

PROGRESSIVE SELECT INSURANCE
COMPANY,

    Defendant.
_____/

Class Action

Case No.: 8:19-cv-1881

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

    __X__   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Progressive Select Insurance Company's affiliates are defendants in putative class actions which raise issues that are similar to (but not identical to) those raised in this case and in which the same plaintiff, represented by the same plaintiff's counsel, alleges putative classes very similar to the putative class alleged in the Class Action Complaint and Demand for Jury Trial filed in this case. The cases are: (1) *Clearview Imaging, LLC d/b/a Clearview Open MRI v. Progressive American Insurance Company*, Case No. 8:19-cv-01299-T-35CPT, in the United States District Court, Middle District of Florida, Tampa Division; (2) *Clearview Imaging, LLC d/b/a Clearview Open MRI v. Artisan and Truckers Casualty Company*, Case No. 2019-CA-5833, in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida; and (3) *Clearview Imaging, LLC d/b/a Clearview Open MRI*

*v. Progressive Express Insurance Company*, Case No. 2019-CA-3651, in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

    _____**IS NOT**    **related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.**

Defendant, Progressive Select Insurance Company further certifies that it will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: August 5, 2019          Respectfully submitted,

**AKERMAN LLP**

*/s/ Jason L. Margolin*
Irene A. Bassel Frick (FBN 158739)
Irene.basselfrick@akerman.com
Jason L. Margolin (FBN 69881)
jason.margolin@akerman.com
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Phone: 813.209.5009
Fax: 813.218.5488

and

Marcy Levine Aldrich (FBN 0968447)
marcy.aldrich@akerman.com
Trial Counsel
Ari H. Gerstin (FBN 0839671)
ari.gerstin@akerman.com
Ross E. Linzer (FBN 73094)
ross.linzer@akerman.com
Three Brickell City Centre
98 Southeast Seventh Street
Miami, Florida 33131
Phone: (305) 374-5600
Fax: (305) 374-5095

*Counsel for Defendant Progressive Select Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of August, 2019, a true and correct copy of the foregoing was filed with CM/ECF, which will serve a copy on all persons listed on the Service List below via electronic mail.

/s/ *Jason L. Margolin*
Attorney

**SERVICE LIST**
J. Daniel Clark (FBN0106471)
Clark & Martino, P.A.
Primary E-mail: dclark@clarkmartino.com
Secondary E-mail: rsmith@clarkmartino.com
3407 W. Kennedy Boulevard
Tampa, FL 33609
Tel: 813-879-0700

David M. Caldevilla (FBN 654248)
de la Parte & Gilbert, P.A.
Primary email: dcaldevilla@dgfirm.com
Secondary email: serviceclerk@dgfirm.com
Post Office Box 2350
Tampa, Florida 33601-2350
Tel: 813-229-2775

49715455;1