UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLEARVIEW IMAGING, LLC,

    Plaintiff,

v.                                             Case No: 8:19-cv-1881-T-36AEP

PROGRESSIVE SELECT INSURANCE
COMPANY,

    Defendant.
_____/

## O R D E R

This cause is before the Court upon Plaintiff's Unopposed Motion to Transfer (Doc. 16). The instant case raises common questions of fact or law and is related to *Clearview Imaging, LLC v. Progressive American Insurance Co.,* Case No. 8:19-cv-1299-T-35CPT. In order to conserve resources and avoid the duplication of judicial labor, this case will be transferred to United States District Judge Mary S. Scriven, Tampa Division, with her consent.

Accordingly, it is now

**ORDERED:**

1.     Plaintiff's Unopposed Motion to Transfer (Doc. 16) is **GRANTED**.

2.     Pursuant to Local Rule 1.04(b), this case is hereby **TRANSFERRED** to United States District Judge Mary S. Scriven, Tampa Division, for all further proceedings.

3.     The Clerk is hereby directed to **transfer** this case to District Judge Mary S. Scriven, Tampa Division.

2

**DONE AND ORDERED** in Tampa, Florida on August 21, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record

2